IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 15-CR-10046-LTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| Plaintiff | * |
| vs. | * |
| MARTIN LUSTGARTEN ACHERMAN, | * |
| Defendant. | * |
| _____ | * |

**ORDER TO SEAL**
**DEFENDANT MARTIN LUSTGARTEN ACHERMAN'S**
**REPLY TO GOVERNMENT'S OPPOSITION FOR**
**RECONSIDERATION OF PRE-TRIAL DETENTION ORDER UNDER SEAL**

Upon Motion of the Defendant, and this Court being otherwise fully advised;

IT IS HEREBY ORDERED that the Defendant's Motion to Seal the Reply to Government's Opposition for Reconsideration of Pre-Trial Detention Order is hereby GRANTED. The documents are to be sealed until further order of the Court.

On this, the ____ day of May, 2015.

_____
United States District Court Judge